FILED: November 2, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4383
(5:15-cr-00363-D-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SHAMIEKA GOODALL, a/k/a Mieka Kimball, a/k/a Diva

      Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,922 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk