FILED: November 6, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 17-4383

(5:15-cr-00363-D-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SHAMIEKA GOODALL, a/k/a Mieka Kimball, a/k/a Diva

    Defendant - Appellant

_____

O R D E R

_____

Appellant has filed an amended motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,944 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk